**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

FILED

2026 MAR 20 AM 9:21

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____ *ye*
DEPUTY

| | | |
|---|---|---|
| TIMOTHY ALEXANDER | § | |
| | § | |
| v | § | CASE NO: 1:26CV00675 RP |
| | § | (To Be Assigned by Clerk) |
| III-INTERACTIVE LLC (d/b/a Division D) | § | |

## COMPLAINT AND DEMAND FOR JURY TRIAL

### I. JURISDICTION AND VENUE

1. This Court has original subject matter jurisdiction over the federal claims pursuant to 28 U.S.C. § 1331 and 42 U.S.C. § 1981 (p. 1).

2. Pursuant to 28 U.S.C. § 1367, this Court exercises supplemental jurisdiction over Plaintiff's Texas state law claims (p. 1).

3. Venue is proper under 28 U.S.C. § 1391(b) because the acts occurred in Austin, Texas (p. 1).

1

## II. FACTUAL ALLEGATIONS

1. **Pretextual TWC Fraud**: Following Plaintiff's termination on June 4, 2025, Defendant submitted falsified records to the Texas Workforce Commission (TWC) (p. 2). As shown in Exhibit A-1, Defendant's statements to the TWC are internally contradictory to their own corporate records and prior admissions, demonstrating that their stated reason for termination is a malicious pretext (pp. 6, 9).

2. **Wage Theft & Systematic Concealment**: Coincident with a hostile environment, Defendant announced a "restructuring" (Exhibit A-2) while intentionally renaming Salesforce accounts to conceal earned commissions (pp. 2, 10). While Plaintiff unearthed 23 specific "wins" via a 80,000-line data dump (Exhibit A-1), the account renaming was a systematic effort to misappropriate Plaintiff's labor (p. 2).

3. **Protected Activity (Wage Complaint)**: On February 5, 2025, Plaintiff sent a formal written complaint to Management and HR (Exhibit C-1) regarding systematic wage theft and the deliberate concealment of earned commissions (pp. 14-15).

4. **Escalated Protected Activity (Whistleblowing)**: On February 6, 2025, Plaintiff sent a follow-up complaint to the CEO and Management (Exhibit C-2), documenting "Gaslighting" and "psychological abuse" regarding the

company's refusal to acknowledge missing commission wins (pp. 22-23).

5. **Hostile Work Environment**: On January 31, 2025, management directed Plaintiff to perform "Anglophile" research (Exhibit B-2) while broadcasting dehumanizing monkey imagery on internal platforms (Exhibit B-4) (pp. 2, 12). Non-protected employees utilized racial tropes ("Monkey Monday") without disciplinary action (Exhibit B-1) (pp. 3, 11).

6. **Targeted Harassment (IIED)**: Defendant mockingly displayed "Suicide Prevention" headers (Exhibit B-3) to target Plaintiff's known physical vulnerabilities, conduct that was extreme and outrageous (pp. 3, 13).

7. **Systemic Exclusion**: This environment resulted in the 'silent firing' of the only other African American male employee, which was publicly announced to the 'broader team' (Exhibit A-2) amidst a rampant culture of racial tropes, leaving Plaintiff as the sole member of his protected class before his retaliatory termination." (pp. 2-3, 10)

## III. CAUSES OF ACTION

**Count I**: Race Discrimination (42 U.S.C. § 1981) (p. 3)

**Count II**: Retaliation (42 U.S.C. § 1981) (p. 3)

**Count III**: Pattern & Practice of Racial Exclusion (42 U.S.C. § 1981) (p. 3)

3

**Count IV**: Intentional Infliction of Emotional Distress (Texas Law) (p. 3)

**Count V**: Fraud (Texas Law) (p. 2)

**Count VI**: Quantum Meruit / Unjust Enrichment (Texas Law) (p. 2)

## IV. PRAYER FOR RELIEF

Plaintiff requests uncapped compensatory and punitive damages, recovery of all concealed commissions, and a jury trial (p. 4).

## INDEX OF EXHIBITS (p. 4)

**Exhibit A-1**: TWC Filings and Internal Records showing extreme pretext and contradictions.

**Exhibit A-2**: Christina Washington "Restructuring" Email (1/31/25).

**Exhibit B-1**: "Monkey Monday" racial tropes (Comparator evidence).

**Exhibit B-2**: Faith Conway "Anglophile" research directive.

**Exhibit B-3**: TikTok "Suicide Prevention" harassment headers.

**Exhibit B-4**: Photo of dehumanizing monkey imagery broadcasted by Defendant.

**Exhibit C-1**: Formal Wage Theft Complaint (2/5/25).

**Exhibit C-2**: Follow-Up Whistleblowing Email regarding "Gaslighting" (2/6/25).

Respectfully Submitted

Timothy J. Alexander

*Austin Resource Center for the Homeless (ARCH)*
*500 E 7th St (#D19)*
*Austin Tx 78701*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy was served on respondents via U.S. Mail and email

Timothy J. Alexander