IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TIMOTHY ALEXANDER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:26-CV-675-RP |
| | § | |
| III-INTERACTIVE LLC, *d/b/a Division D*, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Before the Court is the Report and Recommendation of United States Magistrate Judge

Dustin Howell concerning Plaintiff Timonthy Alexander's ("Plaintiff") Complaint, issued pursuant

to 28 U.S.C. § 1915(e), 28 U.S.C. § 636(b), and Rule 1(d) of Appendix C of the Local Rules of the

United States District Court for the Western District of Texas. (R. & R., Dkt. 7). In his Report and

Recommendation, Judge Howell recommends that the Court dismiss this action pursuant to 28

U.S.C. § 1915(e)(2)(B). (*Id.* at 5). Plaintiff timely filed objections to the Report and

Recommendation, (Dkt. 8), and filed a motion for leave to file an amended complaint, (Dkt. 10).

A party may serve and file specific, written objections to a magistrate judge's findings and

recommendations within fourteen days after being served with a copy of the report and

recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b).

Because Plaintiff timely objected to the Report and Recommendation, the Court reviews the Report

and Recommendation *de novo*. Having conducted a *de novo* review, the Court agrees with the

Magistrate Judge's legal analysis and adopts the Report and Recommendation as its own order, such

that Plaintiff's Complaint, (Dkt. 1), should be dismissed.

Additionally, having reviewed Plaintiff's Motion for Leave to Amend and proposed Second

Amended Complaint, (Dkt. 10), and given that pro se plaintiffs should be given a chance to amend

their complaint prior to dismissal of this case,[1] the Court finds that Plaintiff's Motion for Leave to Amend should be granted and will order that service of process be effectuated in this case. The Court will also grant Plaintiff's Motion for Leave to File Electronically, (Dkt. 3), and will dismiss as moot Plaintiff's Notice of Extraordinary Circumstances and Request for Expedited Review, (Dkt. 5), as it requests expedited consideration of his application to proceed *in forma pauperis*, which has been completed.

Accordingly, the Court **ORDERS** that the Report and Recommendation of United States Magistrate Judge Dustin Howell, (Dkt. 7), is **ADOPTED**. Plaintiff's Complaint, (Dkt. 1), is **DISMISSED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to Amend, (Dkt. 10), is **GRANTED**, such that his Second Amended Complaint, (Dkt. 10), is now the live pleading in this action.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **FILE** Plaintiff's Second Amended Complaint, (Dkt. 10).

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to File Electronically, (Dkt. 3), is **GRANTED**. Plaintiff will receive further instructions from the Clerk's Office. He is not required to file electronically, but the Court strongly recommends that Plaintiff register as soon as possible after receiving the instructions. Once Plaintiff registers, the Court will assume that he timely receives electronic notifications and reviews all docket activity.

**IT IS FURTHER ORDERED** that Plaintiff's Notice of Extraordinary Circumstances and Request for Expedited Review, (Dkt. 5), is **DISMISSED AS MOOT**.

---

[1] *See Okorie v. Univ. Mall, L.L.C.*, No. 25-60185, 2025 WL 2604468, at *3 (5th Cir. Sept. 9, 2025). Though Plaintiff filed a proposed first amended complaint, (Dkt. 6), it was not considered by the Magistrate Judge. (*See* R&R, Dkt. 7) (solely reviewing the original Complaint). Given that Plaintiff did not move for leave to file the proposed first amended complaint, the Court only considers the proposed second amended complaint that was filed in conjunction with Plaintiff's motion for leave to file an amended pleading.

**IT IS FINALLY ORDERED** that the Clerk of Court shall issue summons and the United States Marshals Service shall commence service of process, including service of Plaintiff's Second Amended Complaint upon named defendants under Rules 4 and 5 of the Federal Rules of Civil Procedure.

**SIGNED** on May 12, 2026.

_____

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

3